UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MAHMOUD AL MOHAMMAD                    CIVIL ACTION NO. 26-223 SEC P
#A221-348-374

VERSUS                                 JUDGE EDWARDS

ANGEL WOLF                             MAG. JUDGE DAVID J. AYO

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 14), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Doc. 1) filed by MAHMOUD AL MOHAMMAD is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 10th day of July, 2026.


_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT